**THE HOWARD BANK v. IRON KETTLE RESTAURANT OF BOLTON, INC., Elsa M. Wells, and Monroe M. Lacaillade, No. 190-79**

March 3, 1980. Appellees' motion for substitution of parties, pursuant to V.R.A.P. 43(a), is granted.

**BRATTLEBORO CHILD DEVELOPMENT, INC. v. TOWN OF BRATTLEBORO, No. 263-79**

March 3, 1980. Motion to refuse to allow appellee to file its brief denied; oral argument to be scheduled for April Term.

Billings, J.

**Thomas H. TURNER v. Pall SPERA, Trustee, No. 412-79**

March 6, 1980. The notice of decision of the superior court filed November 5, 1979, not being a final judgment, V.R.C.P. 58, the appeal is dismissed. Cause remanded.

**STATE of Vermont v. Albert T. SMITH, No. 261-79**

March 12, 1980. The motion of Attorney Stephen S. Blodgett to withdraw as counsel for the appellant is granted effective April 11, 1980. A copy of the order shall be sent by the clerk to defendant's last known address by certified mail.

Daley, J.

**TOWN OF WESTMINSTER and Virginia Ruppe v. Judson B. HALL, No. 458-79**

March 12, 1980. Motion for review of order of February 22, 1980, granted.

**CITY OF BARRE v. TOWN OF ORANGE, No. 475-79**

March 12, 1980. The notice of appeal being timely, the motion to dismiss is denied.

**VERMONT HEALTH CARE ASSOCIATION, et al. v. STATE of Vermont, No. 44-80**

March 12, 1980. Plaintiff's motions for permission to appeal and for an injunction pending appeal are denied.